UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                                CRIMINAL

                                        CASE NO. 04mj0404 RBC

Scott Chapman
        Defendant

### **APPOINTMENT OF FEDERAL DEFENDER MIRIAM CONRAD**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of Jan. 5th, 2004 to represent said defendant in this cause until further order of the Court.

                                        TONY ANASTAS
                                        CLERK OF COURT

                              By:   *Gina P. Affsa, Esq.*
                                        Deputy Clerk

DATE: *January 5, 2004*

(Order.FD.wpd - 11/98)                                                                 [koapptpd.]