# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Scott Chapman

**WAIVER OF RULE 40(d) HEARING**

Magistrate Judge
Case No. 04 MJ 0404 RBC

I, _Scott Chapman_, understand that in the _____ District of _Maine_, a petition is pending alleging violation of supervised release/probation and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, and

(2) an identity hearing to determine if I am the person named in the petition.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO AN IDENTITY HEARING and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the petition is pending against me.

_Scott R. Chapman_
Defendant

1/5/04
Date

_[signature]_
Defense Counsel