# UNITED STATES DISTRICT COURT

District of

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| SCOTT R. CHAPMAN | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 2:00-CR-09-P-C | 2004M0404RBC | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

[ ] Indictment  [ ] Information  [ ] Complaint  [XX] Other (specify)  Order of Court

charging a violation of ~~U.S.C. §~~ conditions of serupvised release

**DISTRICT OF OFFENSE**

Maine (Portland)

**DESCRIPTION OF CHARGES:**

violation of conditions of serupvised release

**CURRENT BOND STATUS:**

Detained pending detention hearing in the District of Maine.

[ ] Bail Fixed at                and conditions were not met
[ ] Government moved for detention and defendant detained after hearing in District of Arrest
[XX] Government moved for detention and defendant detained pending detention hearing in District of Offense
[ ] Other (specify)

Preliminary hearing to be held in District of Maine

**Representation:** Federal Defender

**Interpreter Required?**  [XX] No  [ ] Yes  Language:

**DISTRICT OF**  Massachusetts

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

JAN - 5 2004

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

Date  United States District Court / United States District Judge or Magistrate Judge
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE         UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |